ACCEPTED
03-15-00376-CV
7977417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:38:01 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00376-CV

| | | |
|---|---|---|
| **DELORES GALVAN,** | § | **COURT OF APPEALS** |
| **Appellant,** | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| | § | 11/24/2015 3:38:01 PM |
| **vs.** | § | JEFFREY D. KYLE |
| | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **ROBERT LEAK, Individually and** | § | |
| **ZEBRA INSTRUMENTS** | § | |
| **CORPORATION,** | § | |
| **Appellees.** | § | **STATE OF TEXAS** |

### APPELLANT'S FOURTH MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Delores Galvan, Appellant herein, requesting a three month (90) day extension to file her Appellant's Brief.

Appellant's Brief was due October 28, 2015. Appellant seeks a three month (90) day extension. Appellant's counsel was being assisted by attorney Gerald Staton in the preparation of the Appellant's Brief. Attorney Gerald Staton passed away on November 9, 2015 in Fort Worth, Texas. (see attached). Appellant's counsel is in the process of gathering from Mr. Staton's estate his notes and research regarding the Appellant's Brief.

For this reason the Appellant respectfully requests a three month (90) day extension so that justice may be done.

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By: _/s/_Scott Ogle
      Scott Ogle
State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone:  (512) 442-8833
Facsimile:  (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to conferred with opposing counsel on November 24, 2015.

      _/s/Scott Ogle
        Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 24th day of November, 2015.

Christopher Stanley
Sneed Vine & Perry
1104 S. Church Street
Georgetown, Texas 78626
Via email:  gtwnfilings@sneedvine.com
Via facsimile:  (512) 819-9707

 /s/Scott Ogle
Scott Ogle

In Loving Memory
# GERALD
# GLEN STATON

March 17, 1969
to
November 9, 2015





### Where I'm From

Why does it matter where I'm from?
I come from the world around me and anything I can hear and see.
Maybe I will know the answer when I'm done.
The only thing that's sure is that there will never be another me.

Where I'm from is sometimes a lonely place.
I climb a tree and look across the land.
I sit and wonder about the world I face,
Thinking someday I may know who I am.

Surrounded by friends reminds me of where I'm from.
Laughs, friends, and family seem to fill that place.
Time with my dad and mom wants me to be the best son.
I believe where I'm from could be no better space.

Where I'm from is where I am.
Day to day I have a choice about the path I make.
If I put my mind to it, I can do anything I think I can.
Where I'm from is about give and take.

I give to those that need whenever I can.
I support my family and friend when they are done.
Win or lose doesn't matter because that's who I am.
That's how it should be where I'm from.

My family and friends help me where I am from.
I want to see the world and at least help some.
Where I'm from will be determined when I'm done.
When that day comes, God will tell me where I'm from.
- Jerry Staton Jr. -

**Memorial Service**
Ted Dickey West Funeral Home
Dallas, Texas
November 14, 2015 at 11:00 am

Gerald Glen Staton passed away early Monday morning, November the ninth, of an apparent heart attack at his home in Ft. Worth. He is survived by his son, Gerald Glenn II, his parents Lanny and Elizabeth Staton, his brothers Lanny Wayne Staton II and William Kindel Staton of Dallas, and John David Staton of the Woodlands. Jerry was the second son, born in Conroe, Texas on March 17, 1969. The family moved to Dallas and then to Tyler in about 1972 where Jerry grew up at 212 Robert E Lee Drive. Jerry attended church and many summer camps as a member of Central Baptist Church. He was active in the Royal Ambassadors and Cub Scouts. Jerry accepted Jesus as his Savior during his teen years. He was a class leader at Robert E Lee High School and active in debate and a short stint in football where his uniform and pads doubled his size. He graduated St. Mary's Law School in San Antonio where he met his wife, Candice Taylor. They had one son, the absolute light in Jerry's life. Jerry was injured from a fall and sustained third degree burns over all his lower body during the past few years. He has had constant pain since the skin grafts and walking had become extremely painful. Although Jerry fought demons in his life, he was a Christian, a great father and a loving son and brother. Jerry's soul is in Heaven and he is no longer in pain.